RECEIVED

SEP 2 9 2005

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. CR 05-1028 LRR |
| vs. ) | |
| TERRENCE DAVID ROONEY, ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT 1

On about October 25, 2004, in Dubuque, Iowa, in the Northern District of Iowa, the defendant, TERRENCE DAVID ROONEY, did knowingly and willfully make a threat against the President of the United States by making the following written statements: "The people that are going to die for what they did to me is 1 President Bush and family 2 former President George Bush and Sr and family in Texas."

This in violation of Title 18, United States Code, Section 871.

### COUNT 2

On about December 7, 2004, in Dubuque, Iowa, in the Northern District of Iowa, the defendant, TERRENCE DAVID ROONEY, did knowingly and willfully make a threat against the President of the United States by making the following written statements: "My name is Terry Rooney the voices in my head are telling me to kill President Bush & the Vice President & they are telling me after I do that to kill myself."

1

This in violation of Title 18, United States Code, Section 871.

## COUNT 3

On about December 23, 2004, in Dubuque, Iowa, in the Northern District of Iowa, the defendant, TERRENCE DAVID ROONEY, did knowingly and willfully make a threat against the President of the United States by making one or more of the following oral statements; that President Bush [and a judge] were both going to die, that he was going to kill them, and that President Bush was going to die and he was going to be the one who killed him, or words to that effect.

This in violation of Title 18, United States Code, Section 871.

A TRUE BILL

/s/
_____
Foreperson

9-29-05
Date

Presented by:

CHARLES W. LARSON, SR.
United States Attorney

By: _____

KANDICE A. WILCOX
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
IN THE PRESENCE OF THE
GRAND JURY

And filed 9/29/05
PRIDGEN J. WATKINS, CLERK