IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. CR 05-1028 LRR |
| vs. | ) | |
| TERRENCE DAVID ROONEY, | ) | |
| Defendant. | ) | |

## SENTENCING MEMORANDUM

The United States submits the following information regarding the March 8, 2006, sentencing hearing in this matter:

**I. WITNESSES**

The United States does not anticipate it will call any witnesses at sentencing.

**II. EXHIBITS**

The United States does not anticipate it will offer any exhibits at sentencing provided the psychiatric evaluation is already considered part of the record.

### III. CONTESTED ISSUES

The United States is not aware of any contested issues that will need to be resolved at sentencing.

Respectfully submitted,

CHARLES W. LARSON, SR.
United States Attorney

By, s/Richard L. Murphy

RICHARD L. MURPHY
Assistant United States Attorney
401 1st Street SE, Suite 400
Cedar Rapids, IA 52401
319-363-0091/319-363-1990 (Fax)
Rich.Murphy@usdoj.gov

CERTIFICATE OF SERVICE
I certify that I mailed a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on March 6, 2006.
UNITED STATES ATTORNEY

BY: s/ M. Kloubec
COPIES TO:
Jane Kelly
Brian Draves (USP)